UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO (sic); DONALD GAYLE; JESUS RAMOS; JESUS ANDRADE; GILBERTO GONZALEZ BENTANCOURT; WANNA WIN; MUSA GOWON; JOSE PORTILLO MAYORGA;  VICTOR MARTINEZ; JORGE RIVERA-VALLEJO; EDGAR PRADO CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORATION (MTC); MICHAEL BENOV; and DOES 1-50,<br><br>Defendants. | Case No.  1:13-cv-01535-AWI-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS MTC AND BENOV TO FILE AN INITIAL RESPONSIVE PLEADING OR ANSWER TO PLAINTIFFS' COMPLAINT** |

Pursuant to the parties' stipulation, the Court hereby grants the parties' request to extend time to and including November 29, 2013, for defendants

MANAGEMENT & TRAINING CORPORATION and M. BENOV to file an initial responsive pleading or answer to plaintiff's complaint.

IT IS SO ORDERED.

    Dated:   **October 24, 2013**　　　　　　　　　 **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE