1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   SAMUEL MERCARDO (sic);          Case No.  1:13-cv-01535-AWI-SKO
     DONALD GAYLE; JESUS
12   RAMOS; JESUS ANDRADE;           **ORDER GRANTING JOINT**
     GILBERTO GONZALEZ              **STIPULATION TO EXTEND TIME**
13   BENTANCOURT; WANNA WIN;        **FOR DEFENDANTS MTC AND**
     MUSA GOWON; JOSE PORTILLO      **BENOV TO FILE AN INITIAL**
14   MAYORGA;  VICTOR               **RESPONSIVE PLEADING OR**
     MARTINEZ; JORGE RIVERA-        **ANSWER TO PLAINTIFFS'**
15   VALLEJO; EDGAR PRADO           **COMPLAINT**
     CASTANEDA; GONZALO
16   CISNEROS REYES; LUCIO
     PALOMARES; and HECTOR
17   BAZAN,

18              Plaintiffs,

19   v.

20   THE UNITED STATES OF
     AMERICA, FEDERAL BUREAU
21   OF PRISONS, MANAGEMENT &
     TRAINING CORPORATION
22   (MTC); MICHAEL BENOV; and
     DOES 1-50,
23
                Defendants.
24

25

26

27          Pursuant  to  the  parties'  stipulation,  the  Court  hereby  grants  the  parties'

28   request  to  extend  time  to  and  including  November  29,  2013,  for  defendants

1
2   MANAGEMENT & TRAINING CORPORATION and M. BENOV to file an
3   initial responsive pleading or answer to plaintiff's complaint.
4
5   IT IS SO ORDERED.
6
       Dated:   __**October 24, 2013**__                __**/s/ Sheila K. Oberto**__
7                                                        UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1:13-CV-01535-AWI-SKO
PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1:13-CV-01535-AWI-SKO
PROPOSED ORDER