BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL MERCARDO; DONALD GAYLE; JESUS RAMOS; JESUS ANDRADE; GILBERTO GONZALEZ BETANCOURT; WANNA WIN; MUSA GOWON; JOSE PORTILLO MAYORGA; VICTOR MARTINEZ; JORGE RIVERA-VALLEJO; EDGAR PRADO CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN, <br><br>  Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORATION (MTC); MICHAEL BENOV and JOHN DOES 1-50, <br><br>  Defendants. | Case No. 1:13−CV−01535 AWI−SKO <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiffs AMUEL MERCARDO; DONALD GAYLE; JESUS RAMOS; JESUS ANDRADE; GILBERTO GONZALEZ BETANCOURT; WANNA WIN; MUSA GOWON; JOSE PORTILLO MAYORGA; VICTOR MARTINEZ; JORGE RIVERA-VALLEJO; EDGAR PRADO CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN ("Plaintiffs "), Defendant UNITED STATES ("United States"), and Defendants MANAGEMENT & TRAINING CORPORATION (MTC) and MICHAEL BENOV, stipulate, by and through the

///

undersigned counsel, to extend the deadline for all Defendants to respond to the complaint to and including January 6, 2014.

The parties base this stipulation on good cause, which includes the need for defendants to review the allegations in the complaint and respond accordingly. Specifically, there are fourteen (14) plaintiffs with individualized dates of incarceration and alleged diagnosis whose records must be reviewed for jurisdictional defenses, among other defenses, that may be asserted by the United States. As to MTC and Warden Benov, the same materials must be reviewed and analyzed under the law applicable to them. Accordingly, the parties stipulate and agree to continue the time for the Defendants to file a responsive pleading to the complaint, and base it on the above-stated good cause.

|  | **Old Date** | **New Date** |
|---|---|---|
| Defendants' response to Complaint | November 29, 2013 | January 6, 2014 |

Respectfully submitted,

Dated: November 14, 2013      BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY


                              /s/Alyson A. Berg
                              ALYSON A. BERG
                              Assistant United States Attorney
                              Attorney for Defendant United States

Dated: November 14, 2013      LAW OFFICES OF PAUL L. ALAGA
                              HIGGINBOTHAM LAW GROUP
                              LAW OFFICES OF IAN KELLEY

                              (As authorized 11/14/13)
                              /s/Paul L. Alaga
                              Paul L. Alaga
                              Edward M. Higginbotham
                              Ian B. Kelley
                              Attorneys for Plaintiffs

Dated: November 14, 2013      BURKE, WILLIAMS & SORENSEN LLP

                              (As authorized 11/14/13)
                              /s/Susan E. Coleman
                              Susan E. Coleman
                              Attorney for Defendant Management & Training
                              Corporation (MTC)

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the Defendants to respond to the complaint to and including January 6, 2014.

IT IS SO ORDERED.

Dated: **November 21, 2013**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE