BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCADO; DONALD GAYLE; JESUS RAMOS; JESUS ANDRADE; GILBERTO GONZALEZ BETANCOURT; WANNA WIN; MUSA GOWON; JOSE PORTILLO MAYORGA; VICTOR MARTINEZ; JORGE RIVERA-VALLEJO; EDGAR PRADO CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN, | Case No. 1:13−CV−01535 AWI−BAM **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORATION (MTC); MICHAEL BENOV and JOHN DOES 1-50, | |
| Defendants. | |

Plaintiffs SAMUEL MERCADO; DONALD GAYLE; JESUS RAMOS; JESUS

ANDRADE; GILBERTO GONZALEZ BETANCOURT; WANNA WIN; MUSA GOWON; JOSE

PORTILLO MAYORGA; VICTOR MARTINEZ; JORGE RIVERA-VALLEJO; EDGAR PRADO

CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN

("Plaintiffs "), Defendant UNITED STATES ("United States"), and Defendants MANAGEMENT &

TRAINING CORPORATION (MTC) and MICHAEL BENOV, stipulate, by and through the

///

undersigned counsel, to extend the deadline for all Defendants to respond to the complaint to and including January 13, 2014.

The parties base this stipulation on good cause, which includes the need for defendants to review the allegations in the complaint and respond accordingly.  Specifically, there are fourteen (14) plaintiffs with individualized dates of incarceration and alleged diagnosis whose records must be reviewed for jurisdictional defenses, among other defenses, that may be asserted by the United States. As to MTC and Warden Benov, the same materials must be reviewed and analyzed under the law applicable to them.  Accordingly, the parties stipulate and agree to continue the time for the Defendants to file a responsive pleading to the complaint, and base it on the above-stated good cause.

|                                      | Old Date         | New Date          |
| ------------------------------------ | ---------------- | ----------------- |
| Defendants' response to Complaint    | January 6, 2014  | January 13, 2014  |

Respectfully submitted,

Dated:  December 24, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney
Attorney for Defendant United States

Dated:  December 24, 2013

LAW OFFICES OF PAUL L. ALAGA
HIGGINBOTHAM LAW GROUP
LAW OFFICES OF IAN KELLEY

(As authorized 12/24/13)
/s/Edward M. Higginbotham
Paul L. Alaga
Edward M. Higginbotham
Ian B. Kelley
Attorneys for Plaintiffs

Dated:  December 23, 2013

BURKE, WILLIAMS & SORENSEN LLP

(As authorized 12/23/13)
/s/Susan E. Coleman
Susan E. Coleman
Attorney for Defendant Management & Training
Corporation (MTC)

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the Defendants to respond to the complaint to and including January 13, 2014.

IT IS SO ORDERED.

Dated:   **December 26, 2013**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE