BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO; DONALD GAYLE; JESUS RAMOS; JESUS ANDRADE; GILBERTO GONZALEZ BETANCOURT; WANNA WIN; MUSA GOWON; JOSE PORTILLO MAYORGA; VICTOR MARTINEZ; JORGE RIVERA-VALLEJO; EDGAR PRADO CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORATION (MTC); MICHAEL BENOV and JOHN DOES 1-50,<br><br>Defendants. | Case No. 1:13−CV−01535 AWI−BAM<br><br>ORDER RE: JOINT NOTICE OF REQUEST TO SEAL DOCUMENTS REGARDING UNITED STATES' MOTION TO DISMISS<br><br>Local Rule 141 |

The parties filed a joint notice of request to seal documents in connection with the United States' motion to dismiss, which is to be filed on January 13, 2014.  Based on the joint agreement of all parties to the action, the parties request that the contracts identified as Exhibits "A" and "B" to the Declaration of Doug Martz be filed under seal for purposes of the United States' motion to dismiss.

The Court does not seal case documents or exhibits from public view without good cause. Being that the applicability of the contracts identified as Exhibits "A" and "B" to the Declaration of Doug Martz are at issue in the United States' motion to dismiss, the Court finds that these documents

should be filed under seal. It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court. Accordingly, the Court shall grant the parties joint request for an order to file documents under seal. The Clerk of Court shall be directed to file under seal any documents submitted by the United States in connection with its motion to dismiss identified as Exhibits "A" and "B" to the Declaration of Doug Martz until they are ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The parties joint request is GRANTED, and

2. The Clerk of Court is DIRECTED to file under seal additional pages to the contract identified as Exhibits "A" and "B" to the Declaration of Doug Martz submitted with the United States' motion to dismiss until they are ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   January 8, 2014                              _____
                                                      SENIOR DISTRICT JUDGE