Edward M. Higginbotham (SBN 231636)
Paul L. Alaga (SBN 221165)
Ian B. Kelley (SBN215393)
885 Bryant Street, 2nd Floor
San Francisco, CA 94103
(415) 581-0885
(415) 581-0887 - fax

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCADO, DONALD GAYLE, JESUS RAMOS, JESUS ANDRADE, GILBERTO GONZALEZ BETANCOURT, WANNA WIN, MUSA GOWON, JOSE PORTILLO MAYORGA, VICTOR MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR PRADO CASTANEDA, GONZALO CISNEROS REYES, LUCIO PALOMARES and HECTOR BAZAN<br><br>        Plaintiffs,<br>  vs.<br><br>MANAGEMENT & TRAINING CORPORATION(MTC), and THE UNITED STATES OF AMERICA,<br><br>        Defendants. | CIVIL NO.  1:13-cv-01535-AWI-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS MTC, BENOV AND FEDERAL DEFENDANTS' MOTION TO DISMISS; ORDER THEREON**<br><br>Date:  March 3, 2014<br>Time:  1:30 pm<br>Ctrm:  2<br>Honorable Anthony W. Ishii |

WHEREAS, counsel for plaintiffs SAMUEL MERCADO, DONALD GAYLE, JESUS RAMOS, JESUS ANDRADE, GILBERTO GONZALEZ BETANCOURT, WANNA WIN, MUSA GOWON, JOSE PORTILLO MAYORGA, VICTOR MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR PRADO CASTANEDA, GONZALO CISNEROS REYES, LUCIO

PALMOARES, and HECTOR BAZAN, by and through their attorneys of record, including Edward M. Higginbotham, Esq., Paul L. Alaga, Esq., and Ian B. Kelley, Esq., seek a 37-day extension to file their oppositions to defendants MANAGEMENT & TRAINING CORPORATION and M. BENOV Motion to dismiss under FRCP 12(b)(6) and UNITED STATES OF AMERICA, and FEDERAL BUREAU OF PRISONS, (collectively "FEDERAL DEFENDANTS") motion to dismiss under FRCP12(b)(1) currently scheduled to be heard on March 3, 2014.

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs SAMUEL MERCADO, DONALD GAYLE, JESUS RAMOS, JESUS ANDRADE, GILBERTO GONZALEZ BETANCOURT, WANNA WIN, MUSA GOWON, JOSE PORTILLO MAYORGA, VICTOR MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR PRADO CASTANEDA, GONZALO CISNEROS REYES, LUCIO PALMOARES, and HECTOR BAZAN,  Defendants MANAGEMENT & TRAINING CORPORATION,  M. BENOV, and FEDERAL DEFENDANTS, by and through their respective attorneys of record, as follows:

   Plaintiffs will have until March 24, 2014 to file their opposition to defendants' motions to dismiss under FRCP 12(b)(1) and 12(b)(6). Defendants have requested, and Plaintiffs have agreed to allow the reply briefs to be filed on or before April 14, 2014.  The hearings on the motions will be continued from March 3, 2014 to April 28, 2014 at 1:30 p.m.

///
///
///
///
///
///
///
///

It is respectfully requested that this Court grants this stipulation.

Dated February 18, 2014

           Respectfully Submitted,

          (As authorized 02/18/14)
          /s/Ian B. Kelley_____
          Ian B. Kelley
          Edward M. Higginbotham
          Attorney for Plaintiffs SAMUEL MERCADO,
          DONALD GAYLE, JESUS RAMOS, JESUS
          ANDRADE, GILBERTO GONZALEZ
          BETANCOURT, WANNA WIN, MUSA GOWON,
          JOSE PORTILLO MAYORGA, VICTOR
          MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR
          PRADO CASTANEDA, GONZALO CISNEROS
          REYES, LUCIO PALMOARES, and
          HECTOR BAZAN

Dated February 19, 2014

           Respectfully Submitted,
          (As authorized 02/19/14)
          /s/Susan Coleman_____
          Susan Coleman
          Attorney for Defendants MANAGEMENT and
          TRAINING CORPORATION and M. BENOV

Dated February 19, 2014

           Respectfully Submitted,
          BENJAMIN B. WAGNER
          United States Attorney

         By   /s/Alyson A. Berg_____
          Alyson A. Berg
          Assistant United States Attorney
          Attorney for Defendants UNITED STATES OF AMERICA
          and FEDERAL BUREAU OF PRISONS

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the Plaintiffs will have until March 24, 2014 to file their opposition to Defendants' Motions to Dismiss.  Defendants will have until April 14, 2014 to file their reply briefs.  The hearings on the motions will be continued from March 3, 2014 to April 28, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   March 5, 2014              _____

SENIOR  DISTRICT  JUDGE