PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | Case No. 1:13-cv-01535 DAD-JLT <br><br> **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** <br><br> **(Doc. 43)** |

Plaintiffs Samuel Mercardo, Donald Gayle, Jesus Ramos, Jesus Andrade, Gilberto Gonzalez Betancourt, Wanna Win, Musa Gowon, Jose Portillo Mayorga, Victor Martinez, Jorge Rivera-Vallejo, Edgar Prado Castaneda, Gonzalo Cisneros Reyes, Lucio Palomares, and Hector Bazan ("Plaintiffs"), Defendants United States of America ("United States"), and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the Status Conference approximately thirty (30) days to allow for the Ninth Circuit's Opinion in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546 to be finalized.

The parties base this stipulation on good cause, which includes that on July 19, 2016, the United States filed a petition for rehearing in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546. If granted on any or all the bases raised in the United States' petition, this could affect the amendments proposed by plaintiffs or whether and to what extent the United States is obligated to answer an

1

1  amended complaint.  Accordingly, the parties request the status conference be continued

2  approximately thirty (30) days to allow for a ruling on the pending petition.

3        Based on the showing of good cause stated above, the parties stipulate to continue the

4  Status Conference on August 8, 2016 to September 7, 2016 and Joint Status Report deadline on

5  August 1, 2016 to August 31, 2016.

DATED:  July 27, 2016                    Respectfully submitted,

                                                (As authorized 7/27/2016)
                                                */s/ Edward M. Higginbotham*
                                                EDWARD M. HIGGINBOTHAM
                                                IAN B. KELLEY
                                                PAUL L. ALAGA
                                                Attorneys for Plaintiffs SAMUEL MERCADO, DONALD GAYLE, JESUS RAMOS, JESUS ANDRADE, GILBERTO GONZALEZ BETANCOURT, WANA WIN, MUSA GOWON, JOSE PORTILLO MAYORGA, VICTOR MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR PRADO CASTANEDA, GONZALO CISNEROS REYES, LUCIO PALMOARES, and HECTOR BAZAN

DATED:  July 27, 2016                    BURKE, WILLIAMS & SORENSEN, LLP

                                                (As authorized 7/27/2016)
                                                */s/ Susan E. Coleman*
                                                KRISTINA GRUENBERG
                                                SUSAN E. COLEMAN
                                                Attorneys for Defendant,
                                                Management & Training Corporation

DATED:  July 27, 2016                    PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                (As authorized 7/27/2016)
                                                */s/ Alyson A. Berg*
                                                ALYSON A. BERG
                                                Assistant United States Attorney
                                                Attorneys for Defendant,
                                                United States of America

1

**[PROPOSED] ORDER**

2

Having reviewed the stipulation submitted by the parties and for good cause showing, the

3

status conference currently set for August 8, 2016 is hereby continued to **September 9, 2016** at

4

9:30 a.m.  The parties shall file a joint status report no later than **September 2, 2016.**

5

6

IT IS SO ORDERED.

7

   Dated:   **July 28, 2016**              **/s/ Jennifer L. Thurston**

8

                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED ORDER]