1  PHILLIP A. TALBERT
Acting United States Attorney
2  ALYSON A. BERG
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, California 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Defendant
United States of America
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO, ET AL, | Case No.  1:13-cv-01535 AWI-JLT |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | (Doc. 46) |
| Defendants. | |

17        Plaintiffs Samuel Mercardo, Donald Gayle, Jesus Ramos, Jesus Andrade, Gilberto

18  Gonzalez Betancourt, Wanna Win, Musa Gowon, Jose Portillo Mayorga, Victor Martinez, Jorge

19  Rivera-Vallejo, Edgar Prado Castaneda, Gonzalo Cisneros Reyes, Lucio Palomares, and Hector

20  Bazan ("Plaintiffs"), Defendants United States of America ("United States"), and Management &

21  Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned

22  counsel, to continue the status conference to allow for the Ninth Circuit's Opinion in *Edison v.*

23  *United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States, et al.,*

24  Ninth Circuit Case No. 14-17546 to be finalized.

25        The parties base this stipulation on good cause, which includes that on July 19, 2016, the

26  United States filed a petition for rehearing in *Edison* and *Nuwintore*.  If granted on any or all the

27  bases raised in the United States' petition, this could affect the amendments proposed by plaintiffs,

28  or whether, and to what extent the United States is obligated to respond to an amended complaint.

1

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER

1    Accordingly, the parties request to continue the status conference until the Ninth Circuit makes a

2    ruling on the United States' Petition for Rehearing or Amendment of Court's Opinion.  *Carver v.*

3    *Lehman*, 558 F.3d 869, 878 (9th Cir. 2009) ("No opinion of this circuit becomes final until the

4    mandate issues[.]");  *see also* Fed R. App. Proc. 41(c), 1998 Adv. Comm. Note ("A court of

5    appeals' judgment or order is not final until issuance of the mandate[.]"). Because the Ninth

6    Circuit has not yet ruled on the United States' petition, the opinion "is not fixed as settled Ninth

7    Circuit law, and reliance on the opinion is a gamble."  *Carver*, 558 F.3d at 878 & n. 16.

8         The undersigned parties herby stipulate the Court continue the status conference pending a

9    ruling on the petition for rehearing in *Edison v. United States, et al.*, Ninth Circuit Case No. 14-

10   15472, and *Nuwintore v. United States, et al.,* Ninth Circuit Case No. 14-17546, and that there is

11   good cause for the reasons set forth above.  The undersigned parties respectfully request the Court

12   issue the proposed order set forth below as agreed to and stipulated by the parties.

13
      DATED:  August 30, 2016                    Respectfully submitted,
14
                                                 (As authorized 8/30/2016)
15                                               */s/ Paul L. Alaga*
                                                 EDWARD M. HIGGINBOTHAM
16                                               IAN B. KELLEY
                                                 PAUL L. ALAGA
17                                               Attorneys for Plaintiffs SAMUEL MERCADO,
                                                 DONALD GAYLE, JESUS RAMOS, JESUS
18                                               ANDRADE, GILBERTO GONZALEZ
                                                 BETANCOURT, WANA WIN, MUSA GOWON,
19                                               JOSE PORTILLO MAYORGA, VICTOR MARTINEZ,
                                                 JORGE RIVERA-VALLEJO, EDGAR PRADO
20                                               CASTANEDA, GONZALO CISNEROS REYES,
                                                 LUCIO PALMOARES, and HECTOR BAZAN
21

22
      DATED:  August 30, 2016                    BURKE, WILLIAMS & SORENSEN, LLP
23
                                                 (As authorized 8/30/2016)
24                                               */s/ Kristina Gruenberg*
                                                 KRISTINA GRUENBERG
25                                               SUSAN E. COLEMAN
                                                 Attorneys for Defendant,
26                                               Management & Training Corporation

27

28

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER

1    DATED:  August 30, 2016              PHILLIP A. TALBERT
                                          Acting United States Attorney
2
                                          (As authorized 8/30/2016)
3                                         */s/ Alyson A. Berg*
                                          ALYSON A. BERG
4                                         Assistant United States Attorney
                                          Attorneys for Defendant,
5                                         United States of America

6

7

8                                   [~~PROPOSED~~] ORDER

9          Having reviewed the stipulation submitted by the parties and for good cause showing, the

10   court hereby VACATES the status conference pending a ruling on the petition for rehearing in

11   *Edison v. United States, et al.*, Ninth Circuit Case No. 14-15472, and *Nuwintore v. United States,*

12   *et al.,* Ninth Circuit Case No. 14-17546.

13         Within 10 days of a ruling by the Ninth Circuit, counsel SHALL file a joint status report

14   detailing the ruling of the Ninth Circuit.

15

16   IT IS SO ORDERED.

17      Dated:    **August 30, 2016**                 **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER