UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No.  1:13-cv-01535-AWI-JLT<br><br>**ORDER GRANTING WITHDRAWL OF THE PLAINTIFF'S MOTION TO AMEND**<br><br>(Doc. 58) |

　　　　The parties have agreed that the plaintiff may file a first amended complaint.  (Doc. 58 at 3-4) Thus, the plaintiff seeks to withdraw the motion to amend. (Doc.58)  Consequently, the Court **ORDERS**:

　　　　1.　　The plaintiff's motion to withdraw the motion to amend the complaint (Doc. 58) is **GRANTED**.  <u>**No later than December 12, 2016**</u>, the plaintiff **SHALL** file his first amended complaint;

　　　　2.　　The United States of America **SHALL** file a responsive pleading within 21 days after the filing of the first amended complaint.  Because the first amended complaint makes no changes as to the defendant MTC, it need not file a responsive pleading.

IT IS SO ORDERED.

　　　Dated: 　**December 8, 2016**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28