Edward M. Higginbotham (SBN 231636)
Paul L. Alaga (SBN221165)
Ian B. Kelley (SBN215393)
885 Bryant Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 581-0885
Fax: (415) 581-0887

Attorneys for Plaintiffs

Susan E. Coleman (SBN 171832)
Kristina Gruenberg
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Fax: (213) 236-2700
scoleman@bwslaw.com

Attorney for Defendant
Manangement & Training Corporation and
Michael Benov

PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL MERCARDO, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | Case No.  1:13-cv-01535 AWI-JLT <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** <br><br> **(Doc. 65)** |

1        On December 9, 2016, Plaintiffs Samuel Mercardo, Donald Gayle, Jesus Ramos, Jesus
2   Andrade, Gilberto Gonzalez Betancourt, Wanna Win, Musa Gowon, Jose Portillo Mayorga, Victor
3   Martinez, Jorge Rivera-Vallejo, Edgar Prado Castaneda, Gonzalo Cisneros Reyes, Lucio
4   Palomares, and Hector Bazan filed a First Amended Complaint against the Defendants, the United
5   States; its contractor, Management & Training Corporation (MTC); and the warden of the Taft
6   Correctional Institution (TCI), Michael Benov.  Pursuant to the court's order, the United States
7   shall file a responsive pleading by December 29, 2016 and MTC need not file a responsive
8   pleading.  (ECF No. 59).
9        All defendants intend to challenge the present First Amended Complaint with motions.
10  However, to allow all the parties to attempt to avoid motions as the Defendants' initial responses,
11  counsel for all parties have met and conferred and agree to extend the deadline for responsive
12  pleadings to and including February 6, 2017. As the parties are seeking to narrow the issues for
13  any potential motions, or eliminate such motions entirely, good cause exists to continue the
14  response date for the United States from December 29, 2016 to and including February 6, 2017,
15  and also allow MTC and Michael Benov to and including February 6, 2017, for filing their
16  motions, if necessary.
17       Accordingly, Plaintiffs and Defendants hereby stipulate and agree as follows:
18   1.  The deadline for the United States to respond to the First Amended Complaint shall be
19  extended up to and including February 6, 2017.
20   2.  The deadline for Management & Training Corporation and Michael Benov to respond
21  to the First Amended Complaint shall be set for February 6, 2017.
22   3.  This stipulation will not alter the date of any event or any deadline already fixed by
23  Court order.
24  DATED:  December 19, 2016              Respectfully submitted,
25
                                          (As authorized 12/19/2016)
                                          */s/ Edward M. Higginbotham*
26                                        EDWARD M. HIGGINBOTHAM
                                          IAN B. KELLEY
27                                        PAUL L. ALAGA
28                                        Attorneys for Plaintiffs SAMUEL MERCADO,

2
JOINT STIPULATION AND [~~PROPOSED~~] ORDER

|  |  |
|---|---|
|  | DONALD GAYLE, JESUS RAMOS, JESUS ANDRADE, GILBERTO GONZALEZ BETANCOURT, WANA WIN, MUSA GOWON, JOSE PORTILLO MAYORGA, VICTOR MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR PRADO CASTANEDA, GONZALO CISNEROS REYES, LUCIO PALMOARES, and HECTOR BAZAN |
| DATED: December 21, 2016 | BURKE, WILLIAMS & SORENSEN, LLP |
|  | (As authorized 12/19/2016)<br>*/s/ Kristina Gruenberg*<br>KRISTINA GRUENBERG<br>SUSAN E. COLEMAN<br>Attorney for Defendant<br>Manangement & Training Corporation and<br>Michael Benov |
| DATED: December 21, 2016 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Alyson A. Berg*<br>ALYSON A. BERG<br>Assistant United States Attorney<br>Attorneys for Defendant,<br>United States of America |

### [~~PROPOSED~~] ORDER

Having reviewed the stipulation submitted by the parties and for good cause showing, the court hereby orders as follows:

1. The deadline for the United States to respond to the First Amended Complaint shall be extended up to and including February 6, 2017.

2. The deadline for Management & Training Corporation and Michael Benov to respond to the First Amended Complaint shall be set for February 6, 2017.

3. This stipulation will not alter any other date of any event or any deadline already fixed by Court order.

IT IS SO ORDERED.

Dated: **December 21, 2016**          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28