Edward M. Higginbotham (SBN 231636)
Paul L. Alaga (SBN221165)
Ian B. Kelley (SBN215393)
885 Bryant Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 581-0885
Fax: (415) 581-0887

Attorneys for Plaintiffs

Susan E. Coleman (SBN 171832)
Kristina Gruenberg
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Fax: (213) 236-2700
scoleman@bwslaw.com

Attorney for Defendant
Manangement & Training Corporation and
Michael Benov

PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| SAMUEL MERCARDO, ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 1:13-cv-01535 AWI-JLT<br><br>**STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION AGAINST THE UNITED STATES AND PLAINTIFFS SAMUEL MERCARDO AND MUSA GOWON; ORDER** |

On January 10, 2017, the parties filed the following stipulation:

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that the first cause of action against the United States and the claims by Plaintiffs Samuel Mercardo and Musa Gowon against all Defendants be dismissed with prejudice. All parties to bear their/its own attorneys fees and costs.

IT IS SO STIPULATED

DATED: January 10, 2017          Respectfully submitted,

(As authorized 1/10/2017)
*/s/ Edward M. Higginbotham*
EDWARD M. HIGGINBOTHAM
IAN B. KELLEY
PAUL L. ALAGA
Attorneys for Plaintiffs SAMUEL MERCADO, DONALD GAYLE, JESUS RAMOS, JESUS ANDRADE, GILBERTO GONZALEZ BETANCOURT, WANA WIN, MUSA GOWON, JOSE PORTILLO MAYORGA, VICTOR MARTINEZ, JORGE RIVERA-VALLEJO, EDGAR PRADO CASTANEDA, GONZALO CISNEROS REYES, LUCIO PALMOARES, and HECTOR BAZAN

DATED: January 10, 2017          BURKE, WILLIAMS & SORENSEN, LLP

(As authorized 1/10/2017)
*/s/ Kristina Gruenberg*
KRISTINA GRUENBERG
SUSAN E. COLEMAN
Attorney for Defendant
Manangement & Training Corporation and Michael Benov

DATED: January 10, 2017          PHILLIP A. TALBERT
United States Attorney

*/s/ Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney
Attorneys for Defendant,
United States of America

STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION AGAINST THE UNITED STATES AND PLAINTIFFS SAMUEL MERCARDO AND MUSA GOWON; ORDER    2

The Court understands the stipulation as attempting to dismiss two plaintiffs entirely and the first cause of action against the United States.  The result of the stipulation would be that: (1) the first cause of would remain, but not against the United States; and (2) all claims by Plaintiffs Mercardo and Gowon would be dismissed.  Because all parties have signed the stipulation and the stipulation eliminates all claims by two plaintiffs, the stipulation is automatically effective as to the claims by Mercardo and Gowon.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  However, all claims against the United States are not disposed of, so Rule 41(a)(1) does not automatically dismiss the first cause of action against the United States.  Nevertheless, because all parties have signed the stipulation and are in agreement, in the interests of time and saving resources, the Court will give effect to the parties' stipulation and dismiss the first cause of action against the United States with prejudice.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Rule 41(a)(1)(A)(ii), all claims against all Defendants by Plaintiffs Samuel Mercardo and Musa Gowon are dismissed with prejudice;

2. The Clerk shall note on the docket that Plaintiff's Samuel Mercardo and Musa Gowon were terminated on January 10, 2017;

3. Per the stipulation of the parties, the first cause of action in the First Amended Complaint against the United States is DISMISSED; and

4. This case remains open.

IT IS SO ORDERED.

Dated:   January 11, 2017                    _____
                                              SENIOR  DISTRICT  JUDGE