# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO, et al., | Case No.: 1:13-cv-01535 - AWI- JLT |
| Plaintiffs, | ORDER MODIFYING THE COURT'S SCHEDULING ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On October 11, 2017, the parties filed a stipulation to extend the deadlines in the Court's scheduling order for purposes of continuing discovery in the action. (Doc. 76) The parties report that additional time is required to complete depositions, and respond to requests for written discovery and the production of documents. (*Id.* at 1)  Based upon the stipulation of the parties and good cause appearing, the Court's Scheduling Order is amended as follows:

1. Non-expert discovery **SHALL** be completed no later than **February 19, 2018**;
2. The parties **SHALL** complete expert discovery no later than **April 20, 2018**;
3. Plaintiff **SHALL** disclose expert witnesses, in writing, on or before **February 26, 2018**; and Defendant **SHALL** disclose all expert witnesses, in writing, no later than **March 29, 2018**. Any rebuttal experts for Plaintiff **SHALL** be disclosed no later than **April 12, 2018**[1]; and

---

[1] The parties proposed a deadline of April 26, 2018 for Plaintiff to disclose rebuttal experts. However, this deadline falls prior to the proposed deadline for Defendant to disclose its experts.

1

4. All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than **April 20, 2018**, and heard on or before **May 25, 2018**.

**<u>No further modifications of the Court's Scheduling Order are authorized at this time.</u>**

IT IS SO ORDERED.

Dated: __**October 12, 2017**__             __**/s/ Jennifer L. Thurston**__
                                                             UNITED STATES MAGISTRATE JUDGE