UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>               Defendants. | Case No. 1:13-cv-01535-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CLOSE THE MATTER AS TO PLAINTIFFS VICTOR MARTINEZ AND WANNA WIN**<br><br>(Docs. 78, 79) |

      The parties have stipulated to dismiss the matter with prejudice as to plaintiffs Victor Martinez and Wanna Win. (Docs. 78, 79) They agree that the parties involved will bear their own costs and fees. Id. at 2. The stipulation relies on Fed. R. Civ.P. 41(a)(1) which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

///
///
///
///
///

Thus, the Clerk of Court is DIRECTED to close this action as to these specific plaintiffs, in light of the stipulations signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 22, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE