# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MERCARDO (sic); DONALD GAYLE; JESUS RAMOS; JESUS ANDRADE; GILBERTO GONZALEZ BENTANCOURT; WANNA WIN; MUSA GOWON; JOSE PORTILLO MAYORGA; VICTOR MARTINEZ; JORGE RIVERAVALLEJO; EDGAR PRADO CASTANEDA; GONZALO CISNEROS REYES; LUCIO PALOMARES; and HECTOR BAZAN,<br><br>**Plaintiffs**<br>v.<br><br>THE UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORATION (MTC); MICHAEL BENOV; and DOES 1-50,<br><br>**Defendants** | CASE NO. 1:13-CV-1535 AWI JLT<br><br>**ORDER VACATING HEARING AND ORDER ON DEFENDANTS' UNOPPOSED MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>(Doc. No.'s 81 and 82) |

Fifteen current and former inmates brought suit against Defendants claiming they contracted valley fever while at Taft Correctional Institution. As the case progressed through discovery, twelve plaintiffs voluntarily dismissed their claims. The remaining three plaintiffs, Ramos, Betancourt, and Gayle, have not appeared for their depositions, rescheduled multiple times over the past year, due to the fact that each Plaintiff has allegedly been deported from the U.S. Defendants filed motions to dismiss for failure to prosecute, requesting a hearing on May 21, 2018. *See* Doc. No.'s 81 and 82. Plaintiffs filed statements of non-opposition. *See* Doc. No.'s 83 and 84. Thus, the Court will vacate the hearing and grant Defendants' motions.

## DISCUSSION

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may dismiss an action for failure to prosecute, failure to comply with the Federal Rules of Civil Procedure, failure to comply with the court's local rules, or failure to comply with the court's orders. Unless the Court otherwise specifies, dismissal under Rule 41(b) operates as an adjudication on the merits. *Id*. A court is to consider the following factors when considering dismissal: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives. *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir.) (citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992)).

In light of Plaintiffs' statement of non-opposition, and considering their repeated failure to appear for the rescheduled depositions, the Court concludes that the above factors weigh in favor of dismissal in this case. The only factor that could possibly weigh in favor of Plaintiffs is the fourth. Plaintiffs have not prosecuted with reasonable diligence, and have clearly not met their burden of proof in showing some excuse for the delay in prosecuting. Therefore, Defendants' unopposed Rule 41(b) Motions to Dismiss will be granted.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' Motions to Dismiss set for May 21, 2018 is VACATED;
2. The Motions to Dismiss Plaintiffs' action brought by Defendants MTC and Benov (Doc. No. 81) and Defendant U.S.A. (Doc. No 82) are GRANTED with prejudice; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   May 8, 2018

SENIOR DISTRICT JUDGE